980 A.2d 33

William RAWLS, Petitioner

v.

The PENNSYLVANIA COMMONWEALTH COURT, BOARD
OF PROBATION AND PAROLE, and DEPARTMENT
OF CORRECTIONS, Respondent.

No. 93 EM 2009.

Supreme Court of Pennsylvania.

Aug. 13, 2009.

## ORDER

PER CURIAM.

AND NOW, this 13th day of August, 2009, the Application
for Leave to File Original Process is GRANTED, and the

"Petition for Writ of Habeas Corpus and/or Any Other Extraordinary Relief" and the Application for an Immediate Hearing are **DENIED**.